UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 12-20863-CIV-LENARD/O'SULLIVAN

**JONATHAN CORBETT**,

    Plaintiff,

vs.

**TRANSPORTATION SECURITY ADMINISTRATION, UNITED STATES OF AMERICA, ALEJANDRO CHAMIZO, BROWARD COUNTY**,

    Defendants.

_____/

**JOINT CONSENT TO JURISDICTION BY A
UNITED STATES MAGISTRATE JUDGE**

    In accordance with the provisions of Title 28, United States Code, Section 636(c), the undersigned Parties to the above-captioned civil matter, by and through their undersigned counsel, hereby voluntarily consent to have a United States Magistrate Judge decide the following matters and issue a final order or judgment with respect thereto.

| | | | |
|---|---|---|---|
| 1. | Motions concerning Discovery | Yes \_\_\_\_\_ | No \_\_\_\_\_ |
| 2. | Motions for Costs | Yes \_\_\_\_\_ | No \_\_\_\_\_ |
| 3. | Motions for Attorney's Fees | Yes \_\_\_\_\_ | No \_\_\_\_\_ |
| 4. | Motions for Sanctions or Contempt | Yes \_\_\_\_\_ | No \_\_\_\_\_ |
| 5. | Motions to Dismiss or for Judgment on the Pleadings | Yes \_\_\_\_\_ | No \_\_\_\_\_ |
| 6. | Motions to Certify or Decertify Class | Yes \_\_\_\_\_ | No \_\_\_\_\_ |
| 7. | Motions for Preliminary Injunction | Yes \_\_\_\_\_ | No \_\_\_\_\_ |
| 8. | Motions for Summary Judgment | Yes \_\_\_\_\_ | No \_\_\_\_\_ |
| 9. | Motions to Remand (in removal cases) | Yes_____ | No \_\_\_\_\_ |
| 10. | All other Pre-Trial Motions | Yes \_\_\_\_\_ | No \_\_\_\_\_ |
| 11. | Jury or Non-Jury Trial on Merits and Trial Motions, including Motions in Limine | Yes \_\_\_\_\_ | No \_\_\_\_\_ |

_____    _____
        (Date)                                    Signature of _____
                                                   Counsel for _____

_____    _____
        (Date)                                    Signature of_____
                                                   Counsel for _____

_____    _____
        (Date)                                    Signature of _____

Case No. 12-20863-CIV-LENARD/O'SULLIVAN

Counsel for  _____

_____          _____
       (Date)                                   Signature of_____
                                                             Counsel for  _____