**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 12-cv-20863 (LENARD/O'SULLIVAN)

JONATHAN CORBETT, *Pro se*

       Plaintiff,

v.

TRANSPORTATION SECURITY ADMINISTRATION,
UNITED STATES OF AMERICA, ALEJANDRO CHAMIZO,
BROWARD COUNTY and BROWARD SHERIFF'S OFFICE,

       Defendants.
_____/

### <u>DEFENDANT, BROWARD COUNTY'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S FIRST AMENDED COMPLAINT</u>

Defendant, Broward County, Florida, (the "County"), hereby files this Answer and Affirmative Defenses to Plaintiff's First Amended Complaint (the "Complaint") and states:

### <u>ANSWER</u>

1.      The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 1, and so denies them.

2.      The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 2, and so denies them.

3.      The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 8, and so denies them.

4.      The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 8, and so denies them.

5.     The County accepts the fact that a FOIA request was received, but denies the remaining allegations in paragraph 5.

6.     The County admits the allegations in paragraph 6 to the extent it is Plaintiff's desire to have a jury trial.

7.     The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 7, and so denies them.

8.     The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 8, and so denies them.  Plaintiff has provided this Court with a Michigan address for purposes of mailing.

9.     The County admits the allegations in paragraph 9.

10.     The County admits the allegations in paragraph 10.

11.     The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 11, and so denies them.

12.     The County admits the allegations in paragraph 12.

13.     The County admits the allegations in paragraph 13.

14.     The allegations in paragraph 14 are a statement of law that does not require an answer.  To the extent that an answer to this paragraph is deemed necessary, the County denies them.

15.     The allegations in paragraph 15 are a statement of law that does not require an answer.  To the extent that an answer to this paragraph is deemed necessary, the County denies them.

16.     The allegations in paragraph 16 are a statement of law that does not require an answer.  To the extent that an answer to this paragraph is deemed necessary, the County denies them.

17.     The allegations in paragraph 17 are a statement of law that does not require an answer.  To the extent that an answer to this paragraph is deemed necessary, the County denies them.

18.     The allegations in paragraph 18 are a statement of law that does not require an answer.  To the extent that an answer to this paragraph is deemed necessary, the County denies them.

19.     The allegations in paragraph 19 are a statement of law that does not require an answer.  To the extent that an answer to this paragraph is deemed necessary, the County denies them.

20.     The allegations in paragraph 20 are a statement of law that does not require an answer.  To the extent that an answer to this paragraph is deemed necessary, the County denies them.

21.     The allegations in paragraph 21 are a statement of law that does not require an answer.  To the extent that an answer to this paragraph is deemed necessary, the County denies them.

22.     The allegations in paragraph 22 are a statement of law that does not require an answer.  To the extent that an answer to this paragraph is deemed necessary, the County denies them.

23.     The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 23, and so denies them.

24.     The County admits the allegation in paragraph 24.

25.     The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 25, and so denies them.

26.     The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 26, and so denies them.

27.     The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 27, and so denies them.

28.     The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 28, and so denies them.

29.     The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 29, and so denies them.

30.     The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 30, and so denies them.

31.     The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 31, and so denies them.

32.     The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 32, and so denies them.

33.     The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 33, and so denies them.

34.     The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 34, and so denies them.

35.     The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 35, and so denies them.

36.     The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 36, and so denies them.

37.     The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 37, and so denies them.

38.     The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 38, and so denies them.

39.     The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 39, and so denies them.

40.     The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 40, and so denies them.

41.     The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 41, and so denies them.

42.     The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 42, and so denies them.

43.     The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 43, and so denies them.

44.     The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 44, and so denies them.

45.     The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 45, and so denies them.

46.     The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 46, and so denies them.

47.    The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 47, and so denies them.

48.    The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 48, and so denies them.

49.    The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 49, and so denies them.

50.    The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 50, and so denies them.

51.    The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 51, and so denies them.

52.    The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 52, and so denies them.

53.    The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 53, and so denies them.

54.    The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 54, and so denies them.

55.    The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 55, and so denies them.

56.    The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 56, and so denies them.

57.    The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 57, and so denies them.

58.     The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 58, and so denies them.

59.     The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 59, and so denies them.

60.     The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 60, and so denies them.

61.     The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 61, and so denies them.

62.     The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 62, and so denies them.

63.     The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 63, and so denies them.

64.     The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 64, and so denies them.

65.     The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 65, and so denies them.

66.     The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 66, and so denies them.

67.     The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 67, and so denies them.

68.     The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 68, and so denies them.

69.    The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 69, and so denies them.

70.    The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 70, and so denies them.

71.    The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 71, and so denies them.

72.    The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 72, and so denies them.

73.    The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 73, and so denies them.

74.    The County denies the allegations in paragraph 74.  The letter received by the Broward County Aviation Department was dated August 28, 2011, and was entitled a "FOIA Request."  This letter did not reference Florida's Public Records Act.

75.    As it pertains to the August 28, 2011 letter, the County admits allegations in paragraph 75.

76.    The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 76, and so denies them.

77.    The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 77, and so denies them.

78.    The County admits the allegations in paragraph 78.

79.    The County is without sufficient information and knowledge with respect to any alleged confusion on the part of Plaintiff, and admits the remainder of the allegation in paragraph 79.

80.     The County admits the allegations in paragraph 80.

81.     The County admits the allegations in paragraph 81.

82.     The County admits the allegations in paragraph 82.

83.     The County denies the allegations in paragraph 83, as a mischaracterization of that correspondence.

84.     The County admits the allegations in paragraph 84.

85.     The County denies the allegations in paragraph 85.

86.     The County denies the allegations in paragraph 86.

87.     The County denies the allegations in paragraph 87.

88.     The County denies the allegations in paragraph 88.

89.     The County denies the allegations in paragraph 89.

90.     The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 90, and so denies them.

91.     The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 91, and so denies them.

92.     The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 92, and so denies them.

93.     The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 93, and so denies them.

94.     The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 94, and so denies them.

95.     The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 95, and so denies them.

96.     The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 96, and so denies them.

97.     The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 97, and so denies them.

98.     The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 98, and so denies them.

99.     The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 99, and so denies them.

100.    The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 100, and so denies them.

101.    The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 101, and so denies them.

102.    The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 102, and so denies them.

103.    The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 103, and so denies them.

104.    The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 104, and so denies them.

105.    The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 105, and so denies them.

106.    The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 106, and so denies them.

107.    The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 107, and so denies them.

108.    The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 108, and so denies them.

109.    The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 109, and so denies them.

110.    The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 110, and so denies them.

111.    The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 111, and so denies them.

112.    The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 112, and so denies them.

113.    The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 113, and so denies them.

114.    The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 114, and so denies them.

115.    The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 115, and so denies them.

116.    The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 116, and so denies them.

117.    The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 117, and so denies them.

118.    The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 118, and so denies them.

119.    The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 119, and so denies them.

120.    The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 120, and so denies them.

121.    The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 121, and so denies them.

122.    The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 122, and so denies them.

123.    The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 123, and so denies them.

124.    The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 124, and so denies them.

125.    The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 125, and so denies them.

126.    The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 126, and so denies them.

127.    The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 127, and so denies them.

128.    The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 128, and so denies them.

129.   The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 129, and so denies them.

130.   The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 130, and so denies them.

131.   The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 131, and so denies them.

132.   The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 132, and so denies them.

133.   The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 133, and so denies them.

134.   The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 134, and so denies them.

135.   The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 135, and so denies them.

136.   The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 136, and so denies them.

137.   The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 137, and so denies them.

138.   The County admits the allegations in paragraph 138, despite the fact that the request was characterized as a FOIA request.

139.   The County denies the allegations in paragraph 139.

140.   The County denies the allegations in paragraph 140.

141.   The County denies the allegations in paragraph 141.

142.    The County denies the allegations in paragraph 142.

143.    The County admits the allegations in paragraph 143.

144.    The County denies the allegations in paragraph 144.

145.    The County denies the allegations in paragraph 145.

146.    The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 146, and so denies them.

147.    The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 147, and so denies them.

148.    The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 148, and so denies them.

149.    The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 149, and so denies them.

150.    The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 150, and so denies them.

151.    The County is without sufficient information and knowledge to admit or deny the allegations in paragraph 151, and so denies them.

**PRAYER FOR RELIEF**

1.    The County denies the allegations in paragraph 1.

2.    The County denies the allegations in paragraph 2.

3.    The County denies the allegations in paragraph 3.

4.    The County denies the allegations in paragraph 4.

5.    The County denies the allegations in paragraph 5.

6.    The County denies the allegations in paragraph 6.

7.      The County denies the allegations in paragraph 7.

8.      The County denies the allegations in paragraph 8.

9.      The County denies the allegations in paragraph 9.

10.     The County denies the allegations in paragraph 10.

11.     The County denies the allegations in paragraph 11.

12.     The County denies the allegations in paragraph 12.

13.     The County denies the allegations in paragraph 13.

14.     The County denies the allegations in paragraph 14.

15.     The County denies the allegations in paragraph 15.


WHEREFORE, the County requests that the Court deny Plaintiff's requests for relief, dismiss the Plaintiff's First Amended Complaint in its entirety, and award such other relief to the County as the Court may find to be just.

## <u>AFFIRMATIVE DEFENSES</u>

1.   The records requested by Plaintiff are specifically exempt from disclosure pursuant to the Florida Public Records Act,  Florida Statutes Chapter 119, including sections 119.071, 281.301 and 331.22, and federal law.

2.   The records requested by Plaintiff were provided to Plaintiff by the TSA's Freedom of Information Act Office on July 23, 2012.

Respectfully submitted,

Joni Armstrong Coffey
County Attorney for Broward County
Governmental Center, Suite 423
115 South Andrews Avenue
Fort Lauderdale, FL 33301
Telephone: 954-357-7600
Facsimile: 954-357-7641


By:     s/Robert L. Teitler
        Robert L. Teitler
        Assistant County Attorney
        Florida Bar No. 0361119
        Email: rteitler@broward.org


## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.


s/Robert L. Teitler
Robert L. Teitler

## SERVICE LIST

Jonathan Corbett
jcorbett@fourtentech.com

Laura G. Lothman
laura.g.lothman@usdoj.gov

Robert  Dominic Yates
fbcsy@bellsouth.net

Robert Lon Teitler
rteitler@broward.org